JDPA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Docket No. **'08 MJ 2526** |
| | ) COMPLAINT FOR VIOLATION OF: |
| Plaintiff | ) |
| | ) **TITLE 18 U.S.C. § 1546** |
| v. | ) **Fraud and Misuse of Visas, Permits,** |
| | ) **and Other Documents (Felony)** |
| Christopher ARRIAGA | ) |
| | ) **Title 8, U.S.C., § 1324(a)(2)(B)(iii)-** |
| | ) **Bringing in Illegal Alien(s)** |
| | ) **Without Presentation (Felony)** |

08 AUG 15 AM 9:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

The undersigned complainant, being duly sworn, states:

### Count 1

On or about August 14, 2008, within the Southern District of California, defendant **Christopher ARRIAGA**, in applying for entry into the United States at the **San Ysidro Port of Entry** did attempt to use or possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States knowing it to have been forged, counterfeited, altered, of falsely made or to have been procured by fraud or unlawfully obtained, to wit, photo-altered U.S. Passport number **037968525** in the identity of Javier Villegas GODINEZ; in violation of Title 18, United States Code, Section 1546(a).

### Count 2

On or about August 14, 2008, within the Southern District of California, defendant **Christopher ARRIAGA**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an aliens, namely, **Manuela MEZA GARCIA, Rosa LUNA-Sanchez, Maria VARGAS-Torres** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn and subscribed to before me this **15th** day of **August, 2008**.

UNITED STATES MAGISTRATE JUDGE

DOA - 08/14/08

## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

The complaint states that **Manuela MEZA GARCIA, Rosa LUNA-Sanchez, Maria VARGAS-Torres** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On 08/14/2008, at approximately 0430 hours, **Christopher ARRIAGA (Defendant)**, who was driving a vehicle in the vehicle lines of the SanYsidro Port of Entry, was stopped by a Department of Homeland Security, Customs and Border Protection (CBP) Officer as he waited in line for inspection. DEFENDANT identified himself with US Passport number 037968525. The passport bore the name Javier Villegas GODINEZ and a photograph of DEFENDANT. Prior to stopping the vehicle, the officer had noticed what appeared to be movement in the cargo area of the vehicle. Further inspection of the vehicle revealed four persons concealed in the CARGO area, later determined to be Manuela MEZA GARCIA, Rosa LUNA-Sanchez, Maria VARGAS-Torres, and K.N.L.O. (a minor).

On 08/14/2008, a CBP Officer conducted secondary inspections of Manuela MEZA-Garcia, Rosa LUNA-Sanchez, Maria VARGAS-Torres, and K.N.L.O. All four were determined to be citizens and nationals of Mexico with no entitlements to enter the United States. The undocumented minor alien, K.N.L.O., was administratively removed. The other three undocumented aliens were identified and held as MATERIAL WITNESSES in the case. A check of the U.S. Department of State passport database revealed that U.S. Passport number 037968525 was not issued to DEFENDANT and had been reported stolen by Javier Villegas GODINEZ (victim). Records show that the passport was originally issued bearing a different photo than that of DEFENDANT and a DOB of May 18, 1960, and not May 18, 1980.

On 08/14/2008, at approximately 1030 hours, DEFENDANT was interviewed by a CBP Enforcement Officer and DSS SSA Escott. DEFENDANT read his Miranda warning aloud in English from a written copy. He indicated that he understood and waived his right to counsel. He admitted that his true name was Christopher ARRIAGA, DPOB, 02/17/1984, Los Angeles, CA. DEFENDANT admitted knowledge of the concealed aliens in the vehicle. DEFENDANT admitted he was to be paid an undetermined amount of money to drive a vehicle and smuggle undocumented aliens into the United States. He said that while waiting in line for inspection at the San Ysidro Port of Entry, he knowingly possessed U.S. Passport number 037968525, bearing the name Javier Villegas GODINEZ, which he knew to be photo-altered. DEFENDANT also admitted to previous smuggling attempts and apprehensions.

On 08/14/2008, videotaped interviews of MATERIAL WITNESSES were conducted by a CBP Officer. MATERIAL WITNESSES admitted they were citizens of Mexico by with no legal documents to enter, pass through, or remain in the United States. Material Witness stated he was going to San Diego, CA to resume employment. MATERIAL WITNESSES stated they or their families made arrangements with an unknown person in Tijuana to be smuggled into the U.S. for a smuggling fee in the amount of approximately $3000.00 (USD). MATERIAL WITNESSES stated they saw DEFENDANT the morning of 08/14/2008, in Tijuana when they were loaded into the vehicle. MATERIAL WITNESSES stated he had no pending applications with immigration.