UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj2526 |
| | ) | ORDER |
| vs. | ) | |
| Arriaga, Christopher | ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rosa Luna-Sanchez

DATED: 9/8/08

Barbara Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by
Deputy Clerk
J. Paris

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082